### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

KIMBERLY MCCULLOUGH STAFFORD                                      PLAINTIFF

v.                              No. 2: 11CV00117 JLH-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                   DEFENDANT

### <u>JUDGMENT</u>

Pursuant to the Opinion and Order entered in this case on this date, the final decision of

Michael J. Astrue, Commissioner of the Social Security Administration, denying Kimberly

McCullough Stafford's applications for disability income benefits and supplemental security income,

is AFFIRMED.  Judgment is entered in favor of the Commissioner.  This case is dismissed with

prejudice.

IT IS SO ORDERED this 3rd day of July, 2012.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE